IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02310-MSK-BNB

GENERAL ELECTRIC CAPITAL CORPORATION,

    Plaintiff,

v.

BRUCE A. BULLOCK,

    Defendant.

_____

### ORDER OF RECUSAL
_____

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 3rd day of December, 2013.

                                              **BY THE COURT:**

                                              *[signature]*

                                              Marcia S. Krieger
                                              United States District Court